# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **CRIMINAL ACTION** |
| | : | No. 22-324 |
| **KONATA MATTHEWS** | : | |

## ORDER

This 4th day of October, 2024, it is hereby **ORDERED** that Defendant's Motions Pursuant to 28 U.S.C. §2255, ECF 83, 91, and 99, and Motion for Reconsideration, ECF 88, are **DENIED.** There is no basis for issuance of a certificate of appealability.

/s/ Gerald Austin McHugh
United States District Judge