### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CRIMINAL NO.  22-324** |
| | : | |
| **KONATA MATTHEWS** | : | |

---

**McHUGH, J.**                                                                                   **October 4, 2024**

### <u>MEMORANDUM</u>

Konata Matthews is serving a 100-month sentence for bank robbery that was imposed after the court accepted a recommendation negotiated by the parties pursuant to Federal Rule of Criminal Procedure11(c)(1)(c).  Having served a small portion of his sentence, he now moves for compassionate release.

The statute requires "extraordinary and compelling reasons" in order to grant release. §3582 (c)(1)(A) (i).  Mr. Matthews offers no cognizable basis for relief. He does not claim ill health or any compelling personal circumstance but raises vague conspiracies and accusations of injustice lacking any basis in fact, that were previously rejected by the Court over the course of multiple hearings (*see* ECF 84, and in a series of motions separately denied.

Courts must also separately consider the factors set forth in 18 U.S.C. §3553(a). Even if Mr. Matthews had offered some basis for his motion, release would not be warranted.  He is a repeat offender who committed a series of bank robberies.  Although he is inept in his criminal conduct, there is nonetheless emotional trauma inflicted on victims, a disruption of civil society, a waste of law enforcement resources in bringing him to justice, and a risk that at some juncture an innocent party will suffer injury because of his conduct.  Mr. Matthews' actions reflect an antisocial

personality that is dangerous to the public, weighing strongly against early release.

                                                       /s/ Gerald Austin McHugh
                                                      United States District Judge