# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL ACTION |
| | : | No. 22-324 |
| KONATA MATTHEWS | : | |

## ORDER

This 4th day of October, 2024, it is hereby **ORDERED** for the reasons set forth in the accompanying memorandum, Defendant's Motion for Compassionate Release, ECF 86, is **DENIED**.

/s/ Gerald Austin McHugh
United States District Judge